# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARGOTS KAPACS, | Case No. 18-CV-3089 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| JESSICA BRUNSELL; MATTHEW R. ZAHN; and BRIX REAL ESTATE, | |
| Defendants. | |

The Court has received the November 6, 2018 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. [ECF No. 4.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 4] is ACCEPTED;

2. The application to proceed *in forma pauperis* of plaintiff Margots Kapacs [ECF No. 3] is DENIED;

3. Kapacs's motion for a temporary restraining order [ECF No. 2] is DENIED;

4. The action is DISMISSED WITHOUT PREJUDICE; and

5. Margots Kapacs IS RESTRICTED from filing new civil actions in this District related to his divorce proceedings while unrepresented by counsel absent prior approval of a federal judicial officer.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 7, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge